# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>CEDAR CORNERS MANAGEMENT, LLC,<br><br>    Alleged Debtor.<br><br>———————————————<br><br>CONSTRUCTION MATERIALS COMPANY, LLC and RALPH SMITH COMPANY,<br><br>    Appellants,<br><br>v.<br><br>CEDAR CORNERS MANAGEMENT, LLC,<br><br>    Appellee. | Bankruptcy Case 22-22580<br>(Chapter 7 – Involuntary Petition Dismissed)<br><br>Judge Kevin R. Anderson<br><br>———————————————<br><br>Case No. 2:23-cv-00209-JNP-CMR<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

## ORDER GRANTING MOTION TO EXTEND DEADLINE FOR APPELLEE TO FILE BRIEF

Having considered the parties' Stipulated Motion to Extend Deadline for Appellee to File Brief (Motion) (ECF 23), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Cedar Corners may have through September 11, 2023 to file its Brief.

DATED this 8 August 2023.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah